IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, TYSHA BRYANT, APRIL ENDICOTT, HEATHER NABITY, MEGHAN MARTIN, ALANDREA ELLWANGER, TROY STAUFFER, and all other similarly situated former or current employees of Defendant,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONSPIRIT HEALTH f/k/a CATHOLIC HEALTH INITIATIVES, CHI NEBRASKA d/b/a CHI HEALTH, and SAINT ELIZABETH REGIONAL MEDICAL CENTER,<br><br>Defendant. | Case No. 4:19-cv-03012-BCB-SMB<br><br>**ORDER** |

Upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiffs' Written Discovery and to Amend Final Progression Order ([Filing No. 77](Filing No. 77)) and Plaintiffs' response thereto ([Filing No. 78](Filing No. 78)),

**IT IS HEREBY ORDERED** that the Motion is denied in its entirety as follows:

(1) The parties shall meet and confer by telephone within four business days of this Order to discuss the discovery matters and briefing schedule at issue. If the parties fail to reach an agreement regarding these matters, they may contact the undersigned's chambers to set a telephone conference.

(2) Any deadlines expiring in advance of the parties' meet and confer are stayed.

Dated April 7, 2020.                BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge