IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, and all other similarly situated former or current employees of Defendant; TYSHA BRYANT, and all other similarly situated former or current employees of Defendant; APRIL ENDICOTT, and all other similarly situated former or current employees of Defendant; HEATHER NABITY, and all other similarly situated former or current employees of Defendant; MEGHAN MARTIN, and all other similarly situated former or current employees of Defendant; ALANDREA ELLWANGER, and all other similarly situated former or current employees of Defendant; and TROY STAUFFER, and all other similarly situated former or current employees of Defendant;<br><br>          Plaintiffs,<br><br>  vs.<br><br>SAINT ELIZABETHS REGIONAL MEDICAL CENTER, COMMONSPIRIT HEALTH, and CHI NEBRASKA,<br><br>          Defendants. | 4:19CV3012<br><br>**THIRD AMENDED<br>FINAL PROGRESSION ORDER** |

      THIS MATTER is before the Court on the parties' joint submission regarding proposed case progression deadlines. The proposed deadlines are approved. In accordance with the parties' request, this progression order applies to class certification only. Revised case progression deadlines to govern the remainder of this case will be set following a ruling on class certification.

      Accordingly,

      **IT IS ORDERED** as follows:

1) The trial and pretrial conference will not be set at this time. A telephonic status conference to discuss **case progression** will be held with the undersigned magistrate judge following a ruling on class certification. The parties shall contact the Court within 7 days of a ruling to schedule a status conference.

2) The Parties' deadline for identifying expert witnesses expected to submit expert reports at class certification is **September 28, 2021**.

3) The Parties' deadline for opening expert reports for class certification issues is **October 29, 2021**.

4)  The Parties' deadline for rebuttal expert reports for class certification issues is **December 20, 2021**.

5)  Plaintiffs' Motion for class certification under Rule 23 is due by **February 18, 2022**.

    a. Defendants' opposition to class certification is due by **April 1, 2022**.
    b. Plaintiffs' reply for class certification is due by **April 29, 2022**.

6)  Discovery will be stayed beginning **April 29, 2022** or the date of the last brief submitted on class certification. Case progression, including discovery deadlines, will be reset following a ruling on class certification.

7)  A deadline for filing motions for decertification will not be set at this time. This deadline will be set following a ruling on class certification. It is probable this deadline will correspond with the deadline for filing dispositive motions as previously agreed by the parties.

8)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge