## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, et al., ) <br> ) <br>                **Plaintiffs,** ) <br> v. ) <br> ) <br> **COMMONSPIRIT HEALTH f/k/a** ) <br> **CATHOLIC HEALTH INITIATIVES,** ) <br> **CHI NEBRASKA d/b/a CHI HEALTH,** ) <br> **and SAINT ELIZABETH REGIONAL** ) <br> **MEDICAL CENTER,** ) <br> ) <br>                **Defendants.** ) | **Case No. 4:19-cv-03012-BCB-SMB** <br><br> **ORDER** |

### ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND STAY OF LITIGATION

Pursuant to Local Rules 7.3 and 29.1, the Parties' Stipulated Motion to Extend Stay of Litigation [Dkt. # 308] is hereby GRANTED. IT IS HEREBY ORDERED that:

1. All proceedings are stayed—except those in connection with finalizing the settlement agreement and the motion for preliminary approval; and

2. The existing stay is continued until June 30, 2022 (if no settlement agreement is filed by that date) or until the Court issues a decision on the motion for preliminary approval.

IT IS SO ORDERED this 2nd day of May, 2022.

                                          BY THE COURT:

                                          s/ Susan M. Bazis <br>
                                          United States Magistrate Judge