IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, TYSHA BRYANT, APRIL ENDICOTT, HEATHER NABITY, MEGHAN MARTIN, ALANDREA ELLWANGER, TROY STAUFFER, and all other similarly situated former or current employees of Defendant,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONSPIRIT HEALTH f/k/a CATHOLIC HEALTH INITIATIVES, CHI NEBRASKA d/b/a CHI HEALTH, and SAINT ELIZABETH REGIONAL MEDICAL CENTER,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:19-cv-03012-BCB-SMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICAITON
AND PRELIMINARY APPROVAL OF SETTLMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, hereby move the Court for an order conditionally certifying this action as a class action with respect to Counts II through VII for settlement purposes and preliminarily approving a class and collective action settlement as follows:

1. Certifying Count II pursuant to Rule 23(a) and Rule 23(b)(3) on behalf of the "Class" defined as follows, for settlement purposes:

All persons who are or were alleged to be jointly or severally employed by CommonSpirit Health and/or by its predecessor Catholic Health Initiatives, CHI Health, and/or SERMC, as medical nurses in the State of Nebraska, who were paid an hourly wage, and who were subject to the on-call practice or policy

1

respecting compensation for working remotely while on an on-call shift, from February 6, 2015 through April 11, 2022, at the following locations: CHI Health Laboratory in Omaha, Nebraska; Creighton University Medical Center in Omaha, Nebraska; Good Samaritan Hospital in Kearney, Nebraska; Immanuel Hospital in Omaha, Nebraska; Lakeside Hospital in Omaha; Midlands Hospital in Papillion, Nebraska; CHI Health Nebraska Heart in Lincoln, Nebraska; CHI Health – Plainview in Plainview, Nebraska; CHI Health in Schuyler, Nebraska; Saint Elizabeth Regional Medical Center in Lincoln, Nebraska; Saint Francis Hospital in Grand Island, Nebraska; and CHI Health – Saint Mary's in Otoe, Nebraska.

2. Certifying Counts III, IV, and VII pursuant to Rule 23(a) and Rule 23(b)(3) on behalf of the "2017 Subclass" of the Class defined as follows, for settlement purposes:

All persons who are a Class Member and were subject to the on-call policy of Defendants respecting compensation for worked performed remotely while on an on-call shift from June 1, 2017 until September 30, 2018 at the following locations: Creighton University Medical Center; Good Samaritan Hospital in Kearney, Nebraska; Immanuel Hospital in Omaha, Nebraska; Lakeside Hospital in Omaha; Midlands Hospital in Papillion, Nebraska; Saint Elizabeth Regional Medical Center in Lincoln, NE; and Saint Francis Hospital in Grand Island, Nebraska or at another location subject to a similar policy.

3. Certifying Counts V, VI, and VII pursuant to Rule 23(a) and Rule 23(b)(3) on behalf of the "2016 Subclass" of the Class defined as follows, for settlement purposes:

All persons who are a Class Member and were subject to the on-call policy of Defendants respecting compensation for work performed remotely while on an

on-call shift from March 1, 2016 until May 31, 2017, at Saint Elizabeth Regional Medical Center in Lincoln, NE or at another location subject to a similar policy.

4. Appointing Plaintiffs Nichole Walkinshaw, Tysha Bryant, April Endicott, Heather Nabity, Meghan Martin, Alandrea Ellwanger, and Troy Stauffer as Class Representatives of the Class and the 2016 Subclass;

5. Appointing Plaintiffs Nichole Walkinshaw, Tysha Bryant, April Endicott, Heather Nabity, Meghan Martin, and Alandrea Ellwanger as Class Representatives of the Class and the 2017 Subclass;

6. Appointing R. Joseph Barton of Block & Leviton LLP, Vince Powers of Powers Law, and Nicholas Migliaccio and Jason Rathod of Migliaccio & Rathod LLP as Co-Lead Class Counsel;

7. Preliminarily approving the Settlement Agreement between Plaintiffs and Defendants as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure;

8. Granting final certification of the FLSA collective that the Court conditionally certified by order dated December 17, 2020 (Doc. # 179) and, for settlement purposes, certifying the following settlement collective, as set forth in the Class Action & Collective Action Settlement Agreement, that is based on the definition of the FLSA collective that the Court conditionally certified but is limited to individuals who filed a consent to join this action and were allegedly employed during the applicable statute of limitations:

> The Plaintiffs and persons who: (1) previously filed a consent to join this Action; (2) were allegedly employed by Defendants at any point between December 17, 2017, and December 17, 2020; (3) worked as an hourly rate medical nurse and

were an on-call shift and performed work remotely while on call at any of the following locations: CHI Health Laboratory in Omaha, Nebraska; Creighton University Medical Center in Omaha, Nebraska; Good Samaritan Hospital in Kearney, Nebraska; Immanuel Hospital in Omaha, Nebraska; Lakeside Hospital in Omaha, Nebraska; CHI Health-Mercy in Corning, Iowa; Mercy Hospital in Council Bluffs, Iowa; Midlands Hospital in Papillion, Nebraska; CHI Health Missouri Valley in Harrison County, Iowa; CHI Health – Nebraska Heart in Lincoln, Nebraska; CHI Health – Plainview in Plainview, Nebraska; CHI Health in Schuyler, Nebraska; Saint Elizabeth Medical Center in Lincoln, NE; Saint Francis Hospital in Grand Island, Nebraska; and CHI Health – Saint Mary's in Otoe, Nebraska.

9. Approving the proposed Class Settlement Notice as to form and content and the plan for dissemination of notice to the FLSA opt-ins and the Class (collectively "the Settlement Class") as satisfying the requirements of Rule 23(c)(2) and (e)(1);

10. Appointing a third-party Settlement Administrator;

11. Preliminarily approving the proposed Plan of Allocation;

12. Setting dates and deadlines under Rule 23(d) and (e) of the Federal Rules of Civil Procedure in order for the Court to evaluate whether the settlement should be given final approval (after distribution of the proposed Class Settlement Notice and submission of claim forms, any objections to the settlement, and exclusions from the settlement, and for a fairness hearing on final approval of the settlement), to evaluate Plaintiffs' counsel's request for an award of attorneys' fees and reimbursement of costs and expenses and Plaintiffs' request for a service award as follows:

| | |
|---|---|
| Deadline for Defendants to provide Class Data | 21 days after execution of Settlement Agreement |
| Deadline for Settlement Administrator to provide notice to the Settlement Class | 30 days after Preliminary Approval Order |
| Deadline for Settlement Administrator to provide declaration regarding Class Settlement Notice | 30 days after Notice is sent |
| Deadline for Class Counsel to file motion for award of attorneys' fees and costs and for Service Award for Class Representatives | 14 days before deadline for date for objections |
| Deadline for Class Members to (a) request to opt out of the Settlement; or (b) file objections to the Settlement; | 45 days after Notice is sent |
| Deadline for Class Members to submit a claim form | 120 days after Notice is sent |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement | 14 days before hearing on Motion for Final Approval |
| Hearing on motion for final approval of settlement and application for attorneys' fees and costs and service awards | At least 100 days after Preliminary Approval Motion is filed |

This Motion is supported by the brief in support thereof, the Declarations of R. Joseph Barton, Vince Powers, Jason Rathod, and Vincent Cheng, all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this motion.

Dated: September 27, 2022                    Respectfully submitted,

_____
Vincent Cheng (admitted pro hac vice)
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 968-8999
vincent@blockesq.com

R. Joseph Barton
BLOCK & LEVITON LLP
1633 Connecticut Ave. N.W. Suite 200
Washington, DC 20009
Tel: (202) 734-7046
jbarton@blockesq.com

Kathleen M. Neary Bar No. 20212
Vincent M. Powers Bar No. 15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
Tel: (402) 474-8000
kathleen@vpowerslaw.com
powerslaw@me.com

Jason S. Rathod
Nicholas A. Migliaccio
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Ming Siegel, hereby certify that on September 27, 2022, a true and correct copy of the above and foregoing **PLAINTIFFS' MOTION FOR CLASS CERTIFICAITON AND PRELIMINARY APPROVAL OF SETTLMENT** was electronically filed with the Clerk of the Court by using the CM/ECF system, which sends notice to the following counsel of record:

KAREN K. CAIN
JASON N.W. PLOWMAN
EMMA R. SCHUERING
MATTHEW LINNABARY
POLSINELLI PC
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
(816)753-1000
Fax: (816) 753-1536
kcain@polsinelli.com
jplowman@polsinelli.com
eschuering@polsinelli.com
mlinnabary@polsinelli.com

_____
Ming Siegel