IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, TYSHA BRYANT, APRIL ENDICOTT, HEATHER NABITY, MEGHAN MARTIN, ALANDREA ELLWANGER, TROY STAUFFER, and all other similarly situated former or current employees of Defendant,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONSPIRIT HEALTH f/k/a CATHOLIC HEALTH INITIATIVES, CHI NEBRASKA d/b/a CHI HEALTH, and SAINT ELIZABETH REGIONAL MEDICAL CENTER,<br><br>Defendant. | Case No. 4:19-cv-03012-BCB-SMB |

**PLAINTIFFS' NOTICE OF FILING CORRECTED SETTLEMENT AGREEMENT**

Counsel for Plaintiffs and the Class respectfully notifies this Court that in filing Plaintiffs' Motion for Class Certification and Preliminary Approval of Settlement and supporting evidence on September 27, 2022, Counsel inadvertently filed a version of the Class Action & Collective Action Settlement Agreement that did not include the page containing the signature for Defendant CommonSpirit Health. Doc. # 320-1.

Counsel for Plaintiffs and Class submits the corrected Class Action & Collective Action Settlement Agreement, which includes the page containing Defendant CommonSpirit Health's signature. A true and correct copy of the corrected agreement is attached hereto as Exhibit A.

1

Dated: November 3, 2022

Respectfully submitted,



Vincent Cheng (admitted pro hac vice)
BLOCK & LEVITON LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 968-8999
vincent@blockesq.com

R. Joseph Barton
BLOCK & LEVITON LLP
1633 Connecticut Ave. N.W. Suite 200
Washington, DC 20009
Tel: (202) 734-7046
jbarton@blockesq.com

Kathleen M. Neary Bar No. 20212
Vincent M. Powers Bar No. 15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
Tel: (402) 474-8000
kathleen@vpowerslaw.com
powerslaw@me.com

Jason S. Rathod
Nicholas A. Migliaccio
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ming Siegel, hereby certify that on November 3, 2022, a true and correct copy of the above and foregoing **PLAINTIFFS' NOTICE OF FILING CORRECTED SETTLEMENT AGREEMENT** was electronically filed with the Clerk of the Court by using the CM/ECF system, which sends notice to the following counsel of record:

KAREN K. CAIN
JASON N.W. PLOWMAN
EMMA R. SCHUERING
MATTHEW LINNABARY
POLSINELLI PC
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
(816)753-1000
Fax: (816) 753-1536
kcain@polsinelli.com
jplowman@polsinelli.com
eschuering@polsinelli.com
mlinnabary@polsinelli.com

_____
Ming Siegel