IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE WALKINSHAW, TYSHA BRYANT, APRIL ENDICOTT, HEATHER NABITY, MEGHAN MARTIN, ALANDREA ELLWANGER, TROY STAUFFER, and all other similarly situated former or current employees of Defendant,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONSPIRIT HEALTH f/k/a CATHOLIC HEALTH INITIATIVES, CHI NEBRASKA d/b/a CHI HEALTH, and SAINT ELIZABETH REGIONAL MEDICAL CENTER,<br><br>Defendant. | Case No. 4:19-cv-03012-BCB-SMB |

**PLAINTIFFS' NOTICE OF AND UNOPPOSED MOTION
FOR FINAL APPROVAL OF SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, hereby move the Court for an order finally approving a class and collective action settlement in this case. This Motion is supported by the brief in support thereof, all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted at the Fairness Hearing or otherwise prior to the Court's decision on this motion.

1

Dated: January 31, 2023            Respectfully submitted,

_____
R. Joseph Barton
BARTON & DOWNES LLP
1633 Connecticut Ave. N.W. Suite 200
Washington, DC 20009
Tel: (202) 734-7046
jbarton@bartondownes.com

Kathleen M. Neary Bar No. 20212
Vincent M. Powers Bar No. 15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
Tel: (402) 474-8000
kathleen@vpowerslaw.com
powerslaw@me.com

Jason S. Rathod
Nicholas A. Migliaccio
MIGLIACCIO & RATHOD LLP
412 H Street NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiffs & the Class*

2

**CERTIFICATE OF SERVICE**

I, Ming Siegel, hereby certify that on January 31, 2023, a true and correct copy of the above and foregoing **PLAINTIFFS' NOTICE OF AND MOTION FOR FINAL APPROVAL OF SETTLEMENT** was electronically filed with the Clerk of the Court by using the CM/ECF system, which sends notice to the following counsel of record:

KAREN K. CAIN
JASON N.W. PLOWMAN
EMMA R. SCHUERING
MATTHEW LINNABARY
POLSINELLI PC
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
(816)753-1000
Fax: (816) 753-1536
kcain@polsinelli.com
jplowman@polsinelli.com
eschuering@polsinelli.com
mlinnabary@polsinelli.com

_____
Ming Siegel

3